# FORM   A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or**
Rev. 10/10    **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF KENTUCKY**

# FILED

**JAMES J. VILT, JR. - CLERK**

**MAR 19 2021**

**U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY**

Andrew Douglas Blevens

_____

(Full name of the Plaintiff(s) in this action)

·v.

CIVIL ACTION NO. 3:21-CV-177-DJH
(To be supplied by the clerk)

Jeff Tindall

~~A.B.~~

Oldham County
Detention Center

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I.    PARTIES

(A) **Plaintiff(s).**  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Andrew Douglas Blevens

Place of Confinement: Oldham County Jail

Address: 3405 W. Hwy. 146 Lagrange, Ky 40031

Status of Plaintiff: CONVICTED (X)  PRETRIAL DETAINEE (___)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )    PRETRIAL DETAINEE ( __ )

(3)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )    PRETRIAL DETAINEE ( __ )

   **(B)  Defendant(s).**  Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued.  Repeat this procedure for each additional Defendant named, if any.

   (1)  Defendant  Jeff    Tindall _____ is employed

as  Major _____  at  Oldham County Jail _____ .

The Defendant is being sued in his/her ( __ ) individual and/or ( X ) official capacity.

   (2)  Defendant ~~███████████~~ A.R. _____ is employed

as ~~███████~~ A.R.  at ~~███████████~~ A.R. ____

The Defendant is being sued in his/her ( __ ) individual and/or ~~████~~ A.R. official capacity.

   (3)  Defendant _____ is employed

as _____  at _____ .

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

   (4)  Defendant _____ is employed

as _____  at _____ .

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

(5) Defendant _____ is employed

as _____ at _____ .

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.   PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action?  YES (___) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):   _____

_____

Defendant(s):  _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I, Andrew Blevens was booked into the oldham County detention center in Jan. of 2021. During my booking process I informed the booking officer that I was a Buddhist requiring a special diet that restricted the consumption of animals. Accomodations were made for that meal, but the following morning I was informed that my religion was not recognized by the Department of Corrections by officer Hickey & that I "could eat, or not." On Jan 27 a request was made to acquire the diet & responded to by Major Tindall Jan 28 stating the Dept. of Corr. does not require them to accomidate me. A grievance was filed that day & responded to the next day by Major Tindall then stating he spoke with the Dept. Of Corr. said my diet was to be soy based products. I recieved the diet tray the following morning & only received oatmeal & a jelly pack. My lunch and dinner calories were also cut signifigantly & instead of a vegitarian or pescitarian diet I was placed on a Kosher diet. On 2-4 a grievance was filed

### III. STATEMENT OF CLAIM(S) continued

Because of the extreme lack of calories & I was told again by Tindall I did not have to receive the diet per D.o.c. An appeal was filed & answered by Captain Smith stating to continue the tray or switch back to a regular diet. Another appeal ensued and was also answered by Smith instead of the jailer, violating the grievance procedure. I believe this is a direct result of my choice of religion & would have not received this treatment otherwise. Due to my lack of calories I ate scraps from other inmates trays & was removed from my diet for doing so therefore not allowing me to continue to follow my religious path. I am being made to choose between Buddhism & food. On 2-7 a book on Buddhist Scripture arrived at the jail & was rejected. I was told I could not have it & that I had to deposit funds to my account where I would pay the jail ½ of the total which is made impossible anyways because of my account being locked per jail. On 2/16 Tindall advised I could have a bible or Quaran but Buddhist scripture is not supplied. I believe my right of religious freedom has and is continuing to be violated. As of 3-16-21 I am still not being served a diet tray fitting my religious preferences while other inmates are. I have exhausted the grievance process. Violation of KY bill of rights Section 1 & section 5.

## IV.   RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ _____

_____ grant injunctive relief by _____

X_ award punitive damages in the amount of $ 225,000.00  Two Hundred Twenty Five Thousand Dollars and zero cents

## V.   DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 16 day of march , 2021.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)


Tina Bosemer
Notary Public, ID No. 598577
State at Large, Kentucky
My Commission Expires on April 2, 2022

6

Andrew Blevens #254289
3405 W. Hwy 146
Lagrange, Ky
40031

**FILED**
JAMES J. VILT, JR. - CLERK

MAR 19 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

OLDHAM COUNTY DETENTION

**INMATE MAIL**

NOT RESPONSIBLE FOR CONTENTS

Clerk of Court

Gene Snyder United States Courthouse

601 W. Broadway, Rm 106

Louisville, Ky

40202

FOREVER / USA

USA ★ FOREVER ★